# Court of Appeals
# of the State of Georgia

ATLANTA,   November 22, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0547.     JUANDA   ROBERTS   v.   STONE   GATE   COTTAGES
CONDOMINIUM ASSOCIATION.**

Juanda Roberts has filed a notice of appeal of the trial court's order granting Stone Gate Cottages Condominium Association's motion for summary judgment and entering judgment against Roberts in the amount of $5,565.23. We lack jurisdiction.

First, Roberts's appeal is untimely. A notice of appeal must be filed within 30 days after entry of the appealable decision or judgment complained of. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). The trial court entered its order on July 6, 2016, but Roberts did not file her notice of appeal until September 9, 2016, 65 days later.

Second, Roberts has failed to file an application for discretionary appeal as required by OCGA § 5-6-35 (a) (6). "Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000.00 or less, an application for discretionary appeal is required." (Punctuation omitted.) *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992) (citing OCGA § 5-6-35 (a) (6)). As the total judgment in favor of Stone Gate Cottages Condominium Association is less than $10,000.00, the entry of summary judgment provides no basis for a direct appeal in this case. See *Ca-Shar*, supra at 865-866. Roberts's failure to follow the required procedure deprives us of jurisdiction to consider her appeal. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __11/22/2016__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*